**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01579-LTB

NORBERTO PEREZ AROCHO,

    Plaintiff,

v.

UNITED STATES OF AMERICA, and
HARLEY G. LAPPIN, Former Federal Bureau of Prison Director,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's filings (ECF Nos. 19 & 20) will not be considered and are DENIED for lack of jurisdiction because the United States Court of Appeals for the Tenth Circuit has not issued its mandate returning jurisdiction to this Court.

Dated:  December 7, 2012