**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01579-LTB

NORBERTO PEREZ AROCHO,

    Plaintiff,

v.

UNITED STATES OF AMERICA, and
HARLEY G. LAPPIN, Former Federal Bureau of Prison Director,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Plaintiff's motion to reconsider (ECF No. 34) is DENIED because Plaintiff presents no argument that persuades the Court the Order of Dismissal should be vacated.

Dated:  February 8, 2013